IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRANDON EARL FIELDS, # 84806**                                    **PETITIONER**

v.                                                                   CAUSE NO. 1:15CV345-LG-RHW

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, SOUTH
MISSISSIPPI CORRECTIONAL
INSTITUTE, MARSHALL FISHER,
JACQUELINE BANKS, WARDEN
TURNER, CAPTAIN DAVIS,
CAPTAIN JOHNSON, LIEUTENANT
SMITH, OFFICER CLARK, JOHN
DOES 1-2, and JANE DOES 1-2**                                       **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE