IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRANDON EARL FIELDS, # 84806**                  **PETITIONER**

v.                           **CAUSE NO. 1:15CV345-LG-RHW**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, SOUTH
MISSISSIPPI CORRECTIONAL
INSTITUTE, MARSHALL FISHER,
JACQUELINE BANKS, WARDEN
TURNER, CAPTAIN DAVIS,
CAPTAIN JOHNSON, LIEUTENANT
SMITH, OFFICER CLARK, JOHN
DOES 1-2, and JANE DOES 1-2**                  **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

     A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

     **SO ORDERED AND ADJUDGED** this the 4th day of November, 2015.

                                           s/ *Louis Guirola, Jr.*
                                           LOUIS GUIROLA, JR.
                                           CHIEF U.S. DISTRICT JUDGE